United States District Court
Southern District of Texas
**ENTERED**
January 25, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ISRAEL JONATHAN SALAZAR-RODRIGUEZ,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§<br>§<br>§<br>§  Civil Action No. 1:16-cv-00086<br>§  (Criminal Action No. 1:13-cr-00172-1)<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 9) in the above-captioned case. The Magistrate Judge's Report and Recommendation recommends that Israel Jonathan Salazar-Rodriguez's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1) be transferred to the Fifth Circuit for consideration as a successive § 2255 motion. No objections have been filed.

After a de novo review of the file, the "Magistrate Judge's Report and Recommendation" (Docket No. 9) is **ADOPTED**. It is therefore **ORDERED** that Salazar-Rodriguez's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1) is **TRANSFERRED** to the Fifth Circuit for its consideration.

Signed on this 24th day of January, 2017.

Rolando Olvera
United States District Judge